```
 1 │ KEVIN V. RYAN, CSBN 118321
   │ United States Attorney
 2 │ JOANN M. SWANSON, CSBN 88143
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ EDWARD A. OLSEN, CSBN 214150
 4 │ Assistant United States Attorney
 5 │    450 Golden Gate Avenue, Box 36055
   │    San Francisco, California 94102
 6 │    Telephone: (415) 436-6915
   │    FAX: (415) 436-6927
 7 │
   │ Attorneys for Respondents
 8 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAID MIRWAIS IBRAHIMI, | ) | |
| | ) | C 06-5968-MJJ |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID N. STILL, District Director, | ) | **STIPULATION TO EXTEND DATE OF** |
| San Francisco District, Bureau of Citizenship | ) | **CASE MANAGEMENT CONFERENCE;** |
| and Immigration Services, U.S. Dept. of | ) | **AND [PROPOSED] ORDER** |
| Homeland Security; EMILIO T. GONZALEZ, | ) | |
| Director, Bureau of Citizenship and Immigration | ) | |
| Services, U.S. Dept. of Homeland Security; | ) | |
| MICHAEL CHERTOFF, U.S. Secretary of | ) | |
| Homeland Security; ALBERTO GONZALES, | ) | |
| U.S. Attorney General, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner, by and through his attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 30-day extension of the date of the case management conference in the above-entitled action, based on the following:

(1) The petitioner is a lawful permanent resident of the United States who filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on August 30, 2004.

(2) The petitioner was interviewed by USCIS on his naturalization application on October 12,

STIPULATION TO EXTEND DATE OF CMC; AND [PROPOSED] ORDER
C06-5968-MJJ                                             1

| | |
|---|---|
| 1 | 2005. |
| 2 | (3) The Federal Bureau of Investigation (FBI) has not completed a required background check, |
| 3 | and the USCIS has therefore not adjudicated the petitioner's application for naturalization. |
| 4 | (4) Under 8 U.S.C. § 1447(b), if the USCIS has not adjudicated a naturalization application |
| 5 | within 120 days of examining the applicant, the applicant may petition the District Court for a |
| 6 | hearing on his or her naturalization application. The District Court may either hold an evidentiary |
| 7 | hearing on the naturalization application or remand to USCIS with appropriate instructions. |
| 8 | (5) The case management conference (CMC) in this case is scheduled for January 2, 2007. |
| 9 | (6) In light of the reasonable possibility that the FBI may complete the necessary background |
| 10 | check of the petitioner within 30 days, the parties hereby jointly ask this Court to extend the date |
| 11 | of the CMC to **February 6, 2007, at** 2:00 pm. |

Date: December 21, 2006           Respectfully submitted,

                                  KEVIN V. RYAN
                                  United States Attorney


                                      /s/
                                  EDWARD A. OLSEN
                                  Assistant United States Attorney
                                  Attorneys for Respondents


Date: December 21, 2006               /s/
                                  DOUGLAS M. LEHRMAN
                                  Law Offices of Douglas M. Lehrman
                                  Attorneys for Petitioner

                        **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: 12/21/2007               _____
                                  MARTIN J. JENKINS
                                  United States District Judge

STIPULATION TO EXTEND DATE OF CMC; AND [PROPOSED] ORDER
C06-5968-MJJ                              2