**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SAID MIRWAIS IBRAHIMI,                              No. C06-05968 MJJ

12              Petitioner,                              **ORDER DENYING PETITIONER'S
                                                         REQUEST FOR A DE NOVO HEARING**
13       v.                                             **ON HIS NATURALIZATION
                                                         APPLICATION AND GRANTING**
14   DAVID N. STILL, District Director, San             **RESPONDENTS' REQUEST FOR AN
     Francisco District, Bureau of Citizenship and      ADDITIONAL 60 DAYS FOR UNITED**
15   Immigration Services, U.S. Dept. of Homeland       **STATES CITIZENSHIP AND
     Security; EMILIO T. GONZALEZ, Director,            IMMIGRATION SERVICES (USCIS) TO**
16   Bureau of Citizenship and Immigration Services,    **ADJUDICATE PETITIONER'S**
     U.S. Dept. of Homeland Security; MICHAEL           **NATURALIZATION APPLICATION**
17   CHERTOFF, U.S. Secretary of Homeland
     Security; ALBERTO GONZALEZ, U.S.
18   Attorney General,

19              Respondents.
                                              /
20

21          Before the Court is Petitioner Said Mirwais Ibrahimi's ("Petitioner" or "Ibrahimi")

22   Request for a De Novo Hearing on his Naturalization Application following Remand to United

23   States Citizenship and Immigration Services ("USCIS").  (Docket No. 21.)  Respondents have asked

24   this Court to provide the USCIS with an additional 60-day period of time to issue a decision on

25   Petitioner's naturalization application.  (Docket No. 20.)  The Court **DENIES** Petitioner's Request

26   for a De Novo Hearing and **GRANTS** Respondents' Request for an Additional 60 Days to

27   Adjudicate Petitioner's Naturalization Application.

28          Pursuant to this Court's Order on March 20, 2007, granting in part Respondents' motion to

1   remand to the USCIS, the parties filed status reports on Petitioner's Naturalization Application on

2   August 31, 2007.  Respondents reported that the Federal Bureau of Investigation (FBI) completed a

3   name check of the petitioner on August 27, 2007.  (Declaration of Michael Cannon ¶ 39.)  USCIS

4   received the FBI name check result on August 29, 2007, two days prior to the deadline set by the

5   Court for adjudicating Petitioner's naturalization application.  (Respondents' Status Report ¶¶ 9-10.)

6   As a result, Respondents state that the USCIS is unable to evaluate the FBI name check response and

7   thus adjudicate Petitioner's naturalization application by the deadline set by the Court.

8   (Respondents' Status Report ¶ 10.)  However, Respondents represent that, with the FBI name check

9   now complete, the USCIS will be able to adjudicate the application within 60 days. (*Id.*)

10          Based on these representations, the Court finds it appropriate to maintain its conditional

11   remand of this matter to the UCSIS and provide the UCSIS examiner until October 31, 2007, to

12   grant or deny Petitioner's application. The Court reserves jurisdiction and will exercise its

13   jurisdiction to resolve Petitioner's application in the first instance if Petitioner's application has not

14   been ruled on by that date.  The parties shall file a joint status statement notifying the Court of

15   whether the application has been adjudicated no later than October 31, 2007.

16

17   **IT IS SO ORDERED.**

18

19

20   Dated: September 28, 2007

     _____
     MARTIN J. JENKINS
21   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2