1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Respondents

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  SAID MIRWAIS IBRAHIMI,                )
                                           )
                                           )  C 06-5968-MJJ
13                 Petitioner,             )
                                           )
14         v.                              )
                                           )
15  DAVID N. STILL, District Director,    )  **STIPULATION TO DISMISS; AND**
    San Francisco District, Bureau of Citizenship ) **[PROPOSED] ORDER**
16  and Immigration Services, U.S. Dept. of )
    Homeland Security; EMILIO T. GONZALEZ, )
17  Director, Bureau of Citizenship and Immigration )
    Services, U.S. Dept. of Homeland Security; )
18  MICHAEL CHERTOFF, U.S. Secretary of    )
    Homeland Security; ALBERTO GONZALES,   )
19  U.S. Attorney General,                 )
                                           )
20                 Respondents.            )
    _____
21

     Petitioner, by and through his attorney of record, and respondents, by and through their

attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-

captioned case in light of the fact that the United States Citizenship and Immigration Services

(USCIS) has approved the petitioner's application for naturalization.

     Each of the parties shall bear their own costs and fees.

STIPULATION TO DIMSISS
C06-5968-MJJ                                     1

| | |
|---|---|
| 1   Date: November 1, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | /s/<br>EDWARD A. OLSEN |
| 5 | Assistant United States Attorney<br>Attorneys for Respondents |
| 8   Date: November 1, 2007 | /s/<br>DOUGLAS M. LEHRMAN |
| 9 | Law Offices of Douglas M. Lehrman<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   11/16/07                    _____
                                    MARTIN J. JENKINS
                                    United States District Judge

STIPULATION TO DIMSISS
C06-5968-MJJ                          2